F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★    OCT 0 7 2025    ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CLINTON JAMES

_____

_____

Plaintiff,

[Insert full name of plaintiff/prisoner]

-against-

RUDY ANZALONE

BRAD PARASCANDOLO

_____

_____

_____

_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional
space, please write "see attached" and insert a separate
page with the full names of the additional defendants. The
names listed above must be identical to those listed in Part I]

**CIVIL RIGHTS COMPLAINT**

42 U.S.C. § 1983

JURY DEMAND

YES ___✓___    NO _____

25-5634



RECEIVED
OCT 0 7 2025
PRO SE OFFICE

I.    **Parties**: (In item A below, place your name in the first blank and provide your present
      address and telephone number. Do the same for additional plaintiffs, if any.)

      A.  **Name of plaintiff** Clinton James _____

      If you are incarcerated, provide the name of the facility and address:

      Cayuga Correctional Facility, 2202
      State Rt 38A, Moravia, N.Y. 13118-1150

      _____

      Prisoner ID Number: 25-R-0584 _____

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Rudy Anzalone
Full Name

Detective
Job Title

120th Precint, 78 Richmond
Terrace, Staten Island, N.Y. 70322
Address

Defendant No. 2

Brad Parascandolo
Full Name

Detective
Job Title

120th Pct., 78 Richmond Terrace
Staten Island, N.Y 70322
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

_____
Address

Defendant No. 4                _____
                               Full Name

                               _____
                               Job Title

                               _____

                               _____
                               Address

Defendant No. 5                _____
                               Full Name

                               _____
                               Job Title

                               _____

                               _____
                               Address

## II.    Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _____

_____ SEE ATTACHED _____

_____

When did the events happen? (include approximate time and date) _____

_____ SEE ATTACHED _____

_____

3

Facts: (what happened?) _____

_____ SEE ATTACHED _____

II.A.    **Injuries.**    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

_____ SEE ATTACHED _____

4

**III.    Relief:** State what relief you are seeking if you prevail on your complaint.

SEE ATTACHED

I declare under penalty of perjury that on Sept. 30,2025 , I delivered this
                                          (date)
complaint to prison authorities at Cayuga Corr. Fac. to be mailed to the United
                                   (name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Sept. 30,2025                  _Clinton James_
                                      Signature of Plaintiff


Name of Prison Facility or Address if not incarcerated

Cayuga Corr. Fac.
2202 State Rt 38A
Moravia, N.Y. 13118
Address

25-R-0583
Prisoner ID#

rev. 12/1/2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CLINTON JAMES,

              Plaintiff,

    -against-

RUDY ANZALONE, Detective,

BRAD PARASCANDOLO, Detective,

              Defendants.

---

## STATEMENT OF FACTS

1. On April 6, 2023, plaintiff Clinton James ("plaintiff") was a passenger in a vehicle when he was pulled over by defendants Detectives Rudy Anzalone ("Det. Anzalone") and Brad Parascandolo ("Det. Parascandolo"). The defendants told plaintiff to step out of the vehicle. Plaintiff stepped out, asking the purpose of the stop. The defendants did not answer. Instead, Det. Anzalone grabbed plaintiff's wrist while pushing plaintiff

1

against the vehicle. When Det. Anzalone attempted to search plaintiff, plaintiff pushed Det. Anzalone away and was thereafter slammed to the ground by Det. Parascandolo.

2. Plaintiff was charged with criminal possession of a weapon in the Second Degree in the Richmond County Court on April 7, 2024. Plaintiff was held on a $500,000 bond and his case was presented to a Grand Jury. Det. Parascandolo testified that he performed the vehicle stop, that plaintiff was the passenger and that he conducted a computer check on plaintiff that showed Plaintiff had an "arrestable" "active warrant."

3. Det. Anzalone testified before the Grand Jury that he and his partner (Det. Parascandolo) "initially" "stop[ped]... the vehicle" to "arrest[ ] a male for being in possession of a firearm and having an active warrant."

2

4. Neither of the defendants testified as to what provided them with probable cause nor, at a minimum, reasonable suspicion to "initially" stop the vehicle.

5. The defendants did not observe Plaintiff commit any criminal act, nor did they have any trustworthy information that supported the conclusion that Plaintiff had committed a criminal act. The actions of the defendants in stopping the vehicle and removing Plaintiff from it and arresting him was thus without probable cause, in violation of plaintiff's constitutional rights

6. The defendants falsely arrested Plaintiff under federal law when they unreasonably seized Plaintiff when Plaintiff exited the vehicle.

7. In an attempt to cure the obvious constitutional defects defendants later claimed

3

that they had information from a Confidential Informant ("CI") that linked Plaintiff to a weapon. However, the only police paper work disclosed to the defense indicates solely that a man in a vehicle had a weapon and that someone /some day was paid $1,500 for information concerning this matter. All police attention was directed to Plaintiff and not the driver of the vehicle. There were no notes and no indication of any telephonic communications between the alleged CI and the defendants. There exists no reason to believe the CI existed and /or gave the defendants sufficient information as to Plaintiff sufficient to form probable cause to justify defendants' obviously otherwise illegal arrest /seizure.

8. The defendants intentionally and maliciously created the false perception that Plaintiff was stopped and arrested on the basis of an "active warrant" when testifying

4

before the Grand Jury.

9. As a result of the false arrest Plaintiff suffered mental anguish and severe depression, in that Plaintiff was deprived of liberty and being separated from loved ones.

10. As a result of the illegal seizure Plaintiff suffered severe physical injury--broken ribs--when Detective Parascandolo slammed Plaintiff to the ground.

## FIRST CAUSE OF ACTION

11. Detectives Anzalone and Parascandolo illegally seized Plaintiff, in violation of Plaintiff's Fourth Amendment right, on April 6, 2023, as described in paragraphs

12. Detectives Anzalone and Parascandolo illegally searched Plaintiff, in violation of Plaintiff's Fourth Amendment right, on April 6, 2023, as described in paragraph

5

## SECOND CAUSE OF ACTION

13. Detectives Anzalone and Parascandolo falsely arrested Plaintiff without probable cause on April 6, 2023.

## THIRD CAUSE OF ACTION

14. Detectives Anzalone and Parascandolo are liable for malicious prosecution where they created the false perception in the minds of the Grand Jury that Plaintiff was arrested on the basis of an active arrest warrant

## RELIEF

WHEREFORE, Plaintiff respectfully request that the following relief is granted

15. Compensatory damages in the amount of $500,000, jointly and severally against Detectives Anzalone and Parascondolo

16. Punitive damages in the amount

6

of $500,000, against each defendant.

Any such other relief this Court deem just and proper

September 30, 2025

_Clinton James_
Clinton James